United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                       Case No. 16-01792-HWV

Manuel Cintron                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                User: AutoDocke                                Page 1 of 3
Date Rcvd: Jul 16, 2021                            Form ID: 3180W                           Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Manuel Cintron, 1223 Pin Oak Drive, Mechanicsburg, PA 17055-9724 |
| 4793761 | + | Army Emergency Relief, c/o CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 4793772 | + | Freedom Mortgage, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 4829779 | + | Freedom Mortgage Corporation, Attn: Payment Processing, 10500 Kincaid, Fishers, IN 46037-9764 |
| 4793778 | + | Law Offices Blatt, Hasenmiller, Leibsker, 125 S. Wacker Dr., #400, Chicago, Illinois 60606-4440 |
| 4793779 | + | Law Offices of Petenaude & Felix, APC, 4545 Murphy Canyon Rd., 3rd Fl., San Diego, CA 92123-4363 |
| 4804914 | + | LoanCare, a Division of FNF Servicing, Inc. N.K.A., 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 4793780 | + | Loancare Servicing Ctr, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 4793784 | + | Monroe Township Municipal Authority, 1220 Boiling Springs Road, Mechanicsburg, PA 17055-9794 |
| 4832848 | + | PENTAGON FEDERAL CREDIT UNION, C/O NATIONWIDE CREDIT CORP, PO BOX 9156, ALEXANDRIA, VA 22304-0156 |
| 4793790 | + | Springleaf Financial Services, Gateway Square, 25 Gateway Dr., A-107, Mechanicsburg, PA 17050-2930 |
| 4793794 | + | Trindle Self Storage, 1755 W. Trindle Rd., Carlisle, PA 17015-9758 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4829608 | + | EDI: CBSAAFES.COM | Jul 16 2021 22:53:00 | Army & Air Force Exchange Services, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 4793763 | + | EDI: CITICORP.COM | Jul 16 2021 22:53:00 | CBNA/Home Depot, PO Box 6497, Sioux Falls, South Dakota 57117-6497 |
| 4793788 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2021 18:50:00 | RBS Citizens, 443 Jefferson Blvd. RJW-135, Warwick, Rhode Island 02886 |
| 4793770 | | EDI: CBSAAFES.COM | Jul 16 2021 22:53:00 | Exchange Credit Program, Disputes Unit, PO Box 650410, Dallas, TX 75265 |
| 4793783 | | EDI: CBSAAFES.COM | Jul 16 2021 22:53:00 | Military Star, 3911 S. Walton Walker Blvd., Dallas, Texas 75236 |
| 4793762 | | EDI: CBSAAFES.COM | Jul 16 2021 22:53:00 | Army/air Force Exchange, PO Box 650410, Dallas, TX 75265 |
| 4824329 | | EDI: BL-BECKET.COM | Jul 16 2021 22:53:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4793765 | + | EDI: CITICORP.COM | Jul 16 2021 22:53:00 | Citibank SD NA /The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4793764 | + | EDI: CITICORP.COM | Jul 16 2021 22:53:00 | Citibank SD NA /The Home Depot, PO Box 6497, Sioux Falls, South Dakota 57117-6497 |
| 4793766 | + | EDI: COMCASTCBLCENT | Jul 16 2021 22:53:00 | Comcast, PO Box 3006, Southeastern, Pennsylvania 19398-3006 |
| 4793767 | + | EDI: WFNNB.COM | Jul 16 2021 22:53:00 | Comenity Capital/HSN, Bankruptcy Dept., PO Box 182120, Columbus, Ohio 43218-2120 |
| 4793768 | + | EDI: CONVERGENT.COM | Jul 16 2021 22:53:00 | Convergent Outsourcing, 500 SW 7th St., Renton , |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Washington 98057-2983 |
| 4793769 | + | Email/Text: bknotice@ercbpo.com | Jul 16 2021 18:50:00 | ERC, PO Box 57610, Jacksonville, Florida 32241-7610 |
| 4793771 | + | Email/Text: bankruptcy@aboundcu.com | Jul 16 2021 18:50:00 | Fort Knox FCU, 3939 S. Dixie Blvd., Radcliff, KY 40160-5113 |
| 4810803 | + | Email/Text: bankruptcy@aboundcu.com | Jul 16 2021 18:50:00 | Fort Knox Federal Credit Union, PO Box 900, Radcliff, KY 40159-0900 |
| 4793773 | + | Email/Text: bankruptcy@militarycredit.com | Jul 16 2021 18:50:00 | Freedom Stores, Customer Financial, 1150 E. Little Creek, Norfolk, VA 23518-3826 |
| 4793774 | + | EDI: RMSC.COM | Jul 16 2021 22:53:00 | GE Capital Retail Bank, Attn: Bankruptcy Dept., PO Box 103104, Roswell, Georgia 30076-9104 |
| 4793775 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jul 16 2021 18:50:00 | JH Portfolio Debt Equities, 5757 Phantom Dr. #225, Hazelwood, Missouri 63042-2429 |
| 4793776 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 16 2021 18:50:00 | Kohl's, PO Box 3043, Milwaukee, Wisconsin 53201-3043 |
| 4793781 | | Email/Text: unger@members1st.org | Jul 16 2021 18:50:00 | Members 1st FCU, PO Box 40, Mechanicsburg, Pennsylvania 17055-0040 |
| 4793785 | + | EDI: AGFINANCE.COM | Jul 16 2021 22:53:00 | OneMain Financial, 6801 Colwell Blvd., C/S Care Dept., Irving, Texas 75039-3198 |
| 4815560 | + | EDI: AGFINANCE.COM | Jul 16 2021 22:53:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 4830337 | | EDI: PRA.COM | Jul 16 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4794461 | | EDI: PENNDEPTREV | Jul 16 2021 22:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 4794461 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 4806829 | | EDI: Q3G.COM | Jul 16 2021 22:53:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4787489 | | EDI: RECOVERYCORP.COM | Jul 16 2021 22:53:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4794225 | | EDI: AGFINANCE.COM | Jul 16 2021 22:53:00 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 4793791 | + | EDI: RMSC.COM | Jul 16 2021 22:53:00 | SYNCB/Lowe's, PO Box 965005, Orlando, Florida 32896-5005 |
| 4793792 | + | EDI: RMSC.COM | Jul 16 2021 22:53:00 | SYNCB/Toysrusdc, PO Box 965005, Orlando, Florida 32896-5005 |
| 4793789 | + | EDI: SWCR.COM | Jul 16 2021 22:53:00 | Southwest Credit, 4120 International Pkwy, #1100, Carrollton, Texas 75007-1958 |
| 4793793 | + | EDI: RMSC.COM | Jul 16 2021 22:53:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, Florida 32896-5060 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4793787 | | Alexandria, VA 22313 |

| | | |
| --- | --- | --- |
| 4793777 | | Kristina Centron |
| 4793786 | | Pentagon Federal Credit Union, PO Box 1432 |
| cr | *+ | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 4793782 | * | Members 1st FCU, PO Box 40, Mechanicsburg, Pennsylvania 17055-0040 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021                    Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alexandra Teresa Garcia | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Celine P DerKrikorian | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ecfmail@mwc-law.com |
| Chad J. Julius | on behalf of Debtor 1 Manuel Cintron cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph J. Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Lauren Marie Moyer | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj-ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Robert Joseph Davidow | on behalf of Creditor FREEDOM MORTGAGE CORPORATION r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Manuel Cintron<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8842<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–01792–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Manuel Cintron

**By the court:** *Henry W. Van Eck* (signature)

7/16/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**